# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LENDELL WILLIAMS, #N83205, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 19-cv-00423-SMY ) ) |
| PINCKNEYVILLE CORRECTIONAL CENTER, SCOTT THOMPSON, WEXFORD, MYERS, C/O JOHN DOE 1, C/O JOHN DOE 2, C/O JOHN DOE 3, C/O JOHN DOE 4, CHRISTINE BROWN, and THOMAS LEHMAN, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On August 16, 2019, the Clerk received notice from Pinckneyville Correctional Center that Plaintiff Lendell Williams is now deceased. That letter has been construed as a suggestion of death. (Doc. 8).

**IT IS HEREBY ORDERED** that, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, a successor or representative of Plaintiff's estate shall file a motion for substitution of parties within **NINETY (90) DAYS** of the date of this Order. If no successor or representative files such a motion within the allotted time, this action shall be dismissed with prejudice.

The Clerk of Court is **DIRECTED** to send a copy of this Order addressed to "The Next of Kin of Lendell Williams" to Plaintiff's last known address on file.

**IT IS SO ORDERED.**

**DATED: 8/21/2019**

*s/Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**