# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LENDELL WILLIAMS, #N83205,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PINCKNEYVILLE CORRECTIONAL CENTER,<br>SCOTT THOMPSON,<br>WEXFORD,<br>MYERS,<br>C/O JOHN DOE 1,<br>C/O JOHN DOE 2,<br>C/O JOHN DOE 3,<br>C/O JOHN DOE 4,<br>CHRISTINE BROWN, and<br>THOMAS LEHMAN,<br><br>　　　　Defendants. | Case No. 19-cv-00423-SMY |

# ORDER

**YANDLE, District Judge:**

On August 16, 2019, the Clerk received notice from Pinckneyville Correctional Center that Plaintiff Lendell Williams is now deceased. The letter has been construed as a suggestion of death. (Doc. 8). Accordingly, on August 21, 2019 and pursuant to *F.R.C.P.* 25(a), the Court ordered that a successor or representative of Plaintiff's estate file a motion for substitution of parties within 90 days, and advised that the failure to do so would result in dismissal of this action with prejudice. (Doc. 9). A copy of the Court's Order and relevant forms were forwarded to "The Next of Kin of Lendell Williams" at Plaintiff's last address on file. No motion for substitution was filed within the allotted time and no extension has been requested. Accordingly, this action is **DISMISSED**

**with prejudice** pursuant to Rules 25(a) and 41(b) of the Federal Rules of Civil Procedure.

To appeal an order of the Court, a plaintiff must file a notice of appeal with this Court within thirty days of the entry of judgment. FED. R. APP. P. 4(a)(1)(A). If a plaintiff does choose to appeal, he or she will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien*, 133 F.3d at 467. The plaintiff must list each of the issues he or she intends to appeal in the notice of appeal and a motion for leave to appeal *in forma pauperis*. *See* FED. R. APP. P. 24(a)(1)(C). Moreover, if the appeal is found to be nonmeritorious, a plaintiff may also incur a "strike." A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of judgment, and this 28-day deadline cannot be extended.

The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: 11/25/2019**

          *s/Staci M. Yandle*
**STACI M. YANDLE**
**U.S. District Judge**