# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LENDELL WILLIAMS, #N83205,<br><br>Plaintiff,<br><br>vs.<br><br>PINCKNEYVILLE CORRECTIONAL CENTER,<br>SCOTT THOMPSON,<br>WEXFORD,<br>MYERS,<br>C/O JOHN DOE 1,<br>C/O JOHN DOE 2,<br>C/O JOHN DOE 3,<br>C/O JOHN DOE 4,<br>CHRISTINE BROWN, and<br>THOMAS LEHMAN,<br><br>Defendants. | Case No. 19-cv-00423-SMY |

## JUDGMENT IN A CIVIL CASE

**YANDLE, District Judge:**

This action came before the Court, District Judge Staci Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF DEFENDANTS**. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice for failure to prosecute his claims.

**DATED: 11/25/2019**

MARGARET M. ROBERTIE, CLERK

By: *s/Tanya Kelley*
      Deputy Clerk

APPROVED: *s/Staci M. Yandle*
     STACI M. YANDLE
     United States District Judge